IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Tenoka K

Printed: 4/1/08

Case Number: 07 B 03532
Judge: Goldgar, A. Benjamin
Filed: 2/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 19, 2008
Confirmed: May 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,262.52 |  |
| Secured: |  | 3,540.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 492.35 |
| Trustee Fee: |  | 230.17 |
| Other Funds: |  | 0.00 |
| Totals: | 4,262.52 | 4,262.52 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 492.35 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 31,609.75 | 3,540.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 13,337.59 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 461.31 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 846.32 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 780.21 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 1,997.24 | 0.00 |
| 9. | South Division Credit Union | Unsecured | 2,923.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 253.74 | 0.00 |
| 11. | America's Financial Choice Inc | Unsecured | 329.26 | 0.00 |
| 12. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 13. | Allstate | Unsecured |  | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 15. | Harris Bank | Unsecured |  | No Claim Filed |
| 16. | Payday Loan | Unsecured |  | No Claim Filed |
| 17. | Sound And Spirit | Unsecured |  | No Claim Filed |
| 18. | Universal Casualty Co | Unsecured |  | No Claim Filed |
| 19. | Swiss Colony | Unsecured |  | No Claim Filed |
| 20. | St James Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,738.42 | $ 4,032.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 230.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Tenoka K

Printed: 4/1/08

Case Number: 07 B 03532
Judge: Goldgar, A. Benjamin
Filed: 2/28/07

_____
$ 230.17

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

